# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



---

Wilfredo Torres

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

U.S. Department of Justice

~~Ruby J. Krajick, Clerk of Court-U.S. District Court-SDNY~~

Sylvia Hinds-Radix, Esq., City of New York-Law Department

Carolyn Kay Depoian, Esq., City of New York-Law Department

Mary K. Sherwood, Esq., City of New York-Law Department

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☒ Yes    ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Due process of law, false arrest, false prosecution, unlawful detention,

right to a fair trial, torture.

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Wilfredo Torres
_____

| First Name | Middle Initial | Last Name |
|---|---|---|

470 Second Avenue  Apt. 2A
_____

Street Address

New York, N.Y. 10016
_____

| County, City | State | Zip Code |
|---|---|---|

212-447-1737
_____

| Telephone Number | Email Address (if available) |
|---|---|

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    **See attached list**

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                   Zip Code

Defendant 2:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                   Zip Code

Defendant 3:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                   Zip Code

# <u>Defendants:</u>

**Defendant 1:**
**United States Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**

**Defendant 2:**
**Ruby J. Krajick, Clerk of Court**
**U.S. District Court-Southern District of New York**
**Courthouse**
**500 Pearl Street**
**New York, N.Y. 10007**

**Defendant 3:**
**Sylvia Hinds-Radix, Esq.**
**City of New York-Law Department**
**100 Church Street**
**New York, N.Y. 10007**

**Defendant 4:**
**Carolyn Kay Depoian, Esq.**
**City of New York-Law Department**
**100 Church Street,**
**New York, N.Y. 10007**

**Defendant 5:**
**Mary K. Sherwood, Esq.**
**City of New York-Law Department**
**100 Church Street**
**New York, N.Y. 10007**

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: U.S. District Court-Southern District of New York, 500 Pearl St. NY NY 10007

Date(s) of occurrence: January 31, 2023

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached

Page 5

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PTSD and heart disease requiring medication and treatment.

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Payment of $30,000,000.00 (thirty-million dollars), disbarment and criminal prosecution of

the lawyers listed.

_____

_____

_____

_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| March 20, 2023 | | *Wilfredo Torres* |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| **Wilfredo Torres** | | |
| First Name | Middle Initial | Last Name |
| 470 Second Avenue  Apt. 2A | | |
| Street Address | | |
| New York, N.Y. 10016 | | |
| County, City | State | Zip Code |
| 212-447-1737 | | |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## Facts:

1---I am erroneously included in the terrorists list of the United States government, and as such am persecuted, tortured, and denied due process of law by the Courts. Exhibit 1.

2---The government of the United States publicly accepts that its own Central Intelligence Agency ("CIA"), as enforcers of the Deep State, bombed and destroyed the World Trade Center on September 11, 2001 ("9-11"); slaughtered over 3,000 people almost at front of the federal courthouse; blamed others; massacred over 1-million innocent men, women and children in the Middle East; got both political parties to pass the Orwellian Patriot Act which includes a secret and omnipotent court called Foreign Intelligence Surveillance Court (FISC); assigns $1 trillion yearly to the military-industrial complex and the fake "war on terror"; and replaced the democratic government by a police state targeting millions of individuals named in "watchlists". Exhibits 2,3,4,5,6.

3---On 6-08-2015, 7-13-2015, and 8-02-2015 I sent letters to then President Barack Obama, Secretary of State John Kerry, Attorney General Loretta Lynch, Senator Charles Schumer, Senator Kirsten Gillibrand, and Congresswoman Carolyn Maloney denouncing the Deep State-CIA-FBI COINTELPRO domestic assassinations program and demanding release of my file.

4---On 9-28-2015 they retaliated by ordering CIA-FBI-COINTELPRO agents, assisted by my landlord Bellevue South Associates ("BSA") to break the door of the apartment and conduct a warrantless raid to kill me.

I was not arrested or charged with any crimes.

5---They left a handwritten note with the word "intel", and the name of Department of Homeland Security Regional Director-NYC Department of Buildings (DOB) Inspector General, Dennis McGowan, as the mastermind.

-2-

6---Although they called the raid "a wellness-check" related to complaints that I had made against an illegal coal oven and chimney located 50-feet from my window, their real motive was my inclusion in the federal terrorists list which targets millions of Americans.

7---At the mention of COINTELPRO no lawyer would represent me, so on 3- 29-2016 I filed case 16CV2362 in this court.

8---On 4-28-2016 when I arrived home after disc surgery, the CIA-FBI-COINTELPRO agents and BSA returned, broke the door of my apartment again, conducted a warrantless raid, did not charge me with any crimes, handcuffed, kidnapped, took me by ambulance as a John Doe to HHC Bellevue Hospital, assaulted, tortured, drugged, conducted invasive medical tests, and released me a day later as a "John Doe" with a fabricated diagnosis of "delirium"; that attack was added to lawsuit 16CV2362.

9---On 4-21-2021 that case was capriciously dismissed by corrupt U.S. Judge Ronnie Abrams, corrupt U.S. Deputy Attorney General Greg Andres (Abrams' husband), and corrupt U.S. Magistrate-Judge Kevin Nathaniel Fox despite injuries like PTSD, and heart and disc damage.

10---The defendants continued trying to break into my apartment, and on 10-20-2018 and on 12-13-2018 arrested me on false misdemeanor charges that were dismissed days later.

11---On 2-27-2019 the defendants carried out another warrantless raid of my apartment, arrested me on a false misdemeanor charge that was dismissed days later, took me to the police station while some of them stayed behind searching, taken handcuffed and in leg shackles to HHC Bellevue Hospital to be tortured, to the police station, to court, to the police station, to HHC Bellevue Hospital to be tortured, to the police station, and to court where while still handcuffed behind my back a judge released more than a day later. Exhibit 7.

-3-

12---On 7-08-2019, to save me from Abrams, Andres, and Fox, the Chief Judge created case 19CV6332 for the 2-27-2019 attack, assigned it to Judge Edgardo Ramos, and excluded defendants CIA and FBI.

13---Seeking more opportunities to kill me, since the commencement of this case the defendants filed countless frivolous delaying motions, all granted by Ramos despite my objections.

14---On 3-15-2021 they filed another frivolous delaying motion, this time to **"stay the entire case for 15-months because one of the eight (8) defendants is in the military"**. Docket 128.

15---On 3-16-2021, the Judge ordered me to answer that motion. Docket 129.

16---On 3-29-2021 I timely answered in the form of a Motion to Compel the Defendants to Answer, but the Clerk of Court disappeared my answer and never placed it on the docket.

17---On 4-19-2021 I sent a letter to the Chief Judge denouncing what the Clerk of Court had done. Docket 131.

18---On 4-19-2021 the Clerk of Court retaliated by falsely stating that I had communicated with unrelated U.S. Judge Analisa Torres. Docket 132.

19---On 4-27-2021 Jessica Engel, Esq. sent a letter to the Judge accusing me of not answering his order at docket 129; comically, she attached a copy of my answer. Docket 133.

20---On 5-04-2021 the Judge falsely accused me of not answering his order at docket 129. Docket 135.

21---On 5-04-2021 Jessica Engle, Esq. was fired from employment at the City of New York-Law Department. Docket 136.

22---Chief Judge Colleen McMahon resigned at about this time, and on 5-12-2021 I sent another letter about court-corruption to the new Chief Judge, Laura Taylor Swain. Docket 139.

-4-

23---On 5-18-2021 I filed another timely answer about docket 129. Docket 140.

24---On 6-28-2021 I filed U.S. Court of Appeals Writ of Mandamus 21-1990 explaining that by not deciding the 3-15-2021 15-Month Motion to Stay, the Judge had granted it by default; I asked for an order to decide the motion. Exhibit 8.

25---On 10-27-2021 the Judge issued a 1-page order dismissing my Motion to Compel the Defendants to Answer in relation to their 15-Month Motion to Stay; he also dismissed the defendants 15-Month Motion to Stay. Docket 144.

26---The order dismissing the 15-Month Motion to Stay was never sent to me, and appears almost inconspicuously at docket 144.

27---**On 11-24-2021, as part of the corruption at the U.S. District Court-Southern District of New York, and at the U.S. Court of Appeals for the Second Circuit, U.S. Judge John P. Cronan who up to a few months before had been a U.S. Assistant Attorney General, was illegally temporarily appointed as Judge of the U.S. Court of Appeals for the Second Circuit for the sole purpose of dismissing my appeal 21-1990. Exhibit 9.**

28---The SDNY Clerk of Court never shared with me or with the Court of Appeals the 1-page order at docket 144 dismissing the 15-Month Motion to Stay.

29---On 12-11-2021 I filed Supreme Court of the United States-Petition for a Writ for Certiorari 21-6608; not even then the SDNY Clerk of Court shared with me or with SCOTUS the 1-page decision at docket 144 dismissing the 15-Month Motion to Stay. Exhibit 10.

30---On 1-30-2023 I filed a Motion for a Special Master for Discovery, and mentioned that by default the Judge had granted the defendants' 15-Month Motion to Stay. Docket 194.

-5-

31---The next day, 1-31-2023, the defendants answered with another dilatory motion, produced a fabricated 6-page document claiming it to be the order at docket 144, affixed the Judge's name and signature to it, denied that their 15-Month Motion to Stay had been dismissed, and replaced the legit order at docket 144.

32---In so doing the Clerk of Court and the defense lawyers committed numerous felonies.

**33---Starting that day the court's computers present the fake 6-page court order as the real one despite being different in size and content than the legit 1-page order.**

## Conclusion:

To cover-up crimes by defendants of the Deep State-CIA-FBI-COINTELPRO''s domestic assassinations program, Clerk of Court, Ruby J. Krajick, and lawyers Sylvia Hinds-Radix, Carolyn Kay Depoian, and Mary K. Sherwood committed felonies; they must be disbarred and jailed.

Wilfredo Torres
Wilfredo Torres
470 Second Avenue  Apt. 2A
New York, N.Y. 10016

Cc:
Hon. Joseph Biden
President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500
(Via Certified Mail)

U.S. Department of Justice
Merrick Garland, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Via Certified Mail)

Hon. Kamala Harris,
Vice-President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500
(Via Certified Mail)

U.S. Department of Justice
Elizabeth Prelogar, Solicitor General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Via Certified Mail)



**DANIEL L. MEYERS**
ATTORNEY-AT-LAW
350 BROADWAY, SUITE 308
NEW YORK, NY 10013
(212) 226-4106 (PHONE)
(212) 431-0107 (FAX)

May 23, 2006

Central Intelligence Agency
Information and Privacy Coordinator
Washington, D.C. 20505

**Re: Freedom of Information Act Request
On behalf of Mr. Wilfredo Torres**

Dear Information and Privacy Coordinator:

Your undersigned is the attorney for Mr. Wilfredo Torres, who has, in writing, authorized me to request on his behalf certain records and information from your agency as more fully described below. (Attached is the duly notarized authorization).

This letter constitutes a request pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Privacy Act, 5 U.S.C. § 552a ("PA"). Similar requests have been submitted to the Transportation Security Organization ("TSA"), the Department of Justice ("DOJ"), the Department of Homeland Security ("DHS"), the Federal Bureau of Investigation ("FBI") and the National Security Agency ("NSA").

The following personal information is submitted to specifically identify the party in interest:

- Mr. Wilfredo Torres;
- 470 Second Avenue, Apt. 2A
  New York, NY 10016;
- Date of birth, March 23, 1952;
- Place of birth, San Juan, Puerto Rico;
- Social Security number, 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.

For many years, including 2006, Mr. Torres travels frequently between New York and Puerto Rico. His principle travel purpose is to visit with family. He has been designated wrongfully, by your agency and/or in concert with other governmental agencies and/or the airlines, as a person who poses or is suspected of posing "a threat to civil aviation." As a



# 'It was not Iraq. It were other people', says Trump

Mon Jun 17, 2019 03:25PM [Updated: Mon Jun 17, 2019 05:57PM ]



US President Donald Trump talked to ABC News' George Stephanopoulos on Sunday.

**US President Donald Trump says he knows who was behind the September 11, 2001 terrorist attacks that left thousands of Americans dead.**

In an exclusive interview with ABC News' George Stephanopoulos broadcast on Sunday, Trump categorically said that "Iraq did not knock down the World Trade Center."



Published on *American Civil Liberties Union* ([https://www.aclu.org](https://www.aclu.org))



# Terror Watch List Counter: A Million Plus [1]

### Why are there so many names on the U.S. government's terrorist list?

In September 2007, the Inspector General of the Justice Department reported [2] that the Terrorist Screening Center (the FBI-administered organization that consolidates terrorist watch list information in the United States) had over 700,000 names in its database as of April 2007 - and that the list was growing by an average of over 20,000 records per month.[1] (See also this new March 2008 report [3].[2] )

By those numbers, the list now has over one million names on it. Terrorist watch lists must be tightly focused on true terrorists who pose a genuine threat. Bloated lists are bad because

- they ensnare many innocent travelers as suspected terrorists, and
- because they waste screeners' time and divert their energies [4] from looking for true terrorists.

Watch list main page [5]
Airline security page [6]

© 2019 ACLU

**Source URL:** https://www.aclu.org/other/terror-watch-list-counter-million-plus#comment-0

**Links**
[1] https://www.aclu.org/other/terror-watch-list-counter-million-plus
[2] http://www.usdoj.gov/oig/reports/FBI/a0741/final.pdf
[3] http://www.usdoj.gov/oig/reports/plus/a0816/final.pdf
[4] https://www.aclu.org/privacy/gen/26535res20060824.html
[5] https://www.aclu.org/technology-and-liberty/watch-lists
[6] https://www.aclu.org/technology-and-liberty/airline-security

PRESSTV

| Home | News | Programs | Documentaries | US | ... |

Tuesday Feb 18, 2014  12:01 PM GMT    www.liveleak.com/c/PressTV

Home > Video Reportages

Email     Print

# "US Terrorism List Violates US Civil Liberties"

## Latest From Video Reportages

 Brazil to criminalize protests during Soccer World Cup

 "US Terrorism List Violates US Civil Liberties"
3 hrs ago

 Iran, P5+1 resume nuclear talks
4 hrs ago

 Pressure rises on Greece to comply with €10.1bn bailout terms

Italy's president asks Matteo Renzi to form new government
5 hrs ago

Violence increases in Iraq
5 hrs ago

↳ See more Videos

The Federal Bureau of Investigation, the national policing agency of the United States, admits to having compiled a "Terrorist Screening Database" with the names of persons suspected or alleged to be involved in terrorism.

The list contains the names of over a million people, who have been convicted of no crime and given no chance to defend themselves.: One activity of the "Terrorism Screening Database" is the creation of the "No Fly List", which prevents thousands of people, including many US citizens, from boarding any aircraft. Once added to the list, things in their lives can become very difficult. Wilfredo Torres, suddenly found himself being subject to all kinds of harassment after he began protesting discrimination in travel policies. In one instance he was removed from a flight by airline officials. When Mr. Torres lawyer filed a request for information, the FBI revealed that it had collected over 100 pages of information about him. He now wants to have his name removed from the list. The FBI and other divisions of the US Department of Justice, have a long history of suppressing political dissidents over the last several decades. A law suit has been filed by the American Civil Liberties Union, in the hopes that courts will intervene, and halt the continued use of such lists.

Select Bitrate ▼

0

Caleb Maupin, Press TV, New York

Download | Embed

## Fact Corner

The US government has compiled a secret list of people who are forbidden to fly on airplanes, and are subject to all other kinds of legal harassment, for no other reason than alleged or unfounding links to terrorism.

## Poll

**Is the war against Syria's government a freedom-seeking battle, or a terrorist one?**

○ 1) It is a battle waged by freedom-seeking forces.

○ 2) It is a battle waged by foreign-backed terrorists.

  

Today    Last Week    Last Month

Most Read        Most Commented

Most Shared        Most Watched

 How to watch Press TV
» Read more

 Zionists celebrate occupation of USA
↳ Read more

 Free Syrian Army fires chief of staff
» Read more

 'Fighting Takfiris worth sacrifice'
» Read more

 Leader says not optimistic about N-talks
↳ Read more

## Related Stories:

**UN to evacuate MKO terrorists from Iraq**    **Support for Canada-US National Security Cooperation declines**



## Breakthrough: U.S. Attorney Agrees to Present Evidence of WTC Demolition to Federal Grand Jury

Finally, after 17 long years, the 9/11 Truth Movement has opened an avenue to prosecuting those responsible for the shocking destruction of the World Trade Center and the horrible loss of life that resulted.

In April 2018, the Lawyers' Committee for 9/11 Inquiry — together with more than a dozen 9/11 family members and with help from AE911Truth — filed a petition with the U.S. Attorney in Manhattan demanding that he present evidence of unprosecuted federal crimes at the World Trade Center to a special grand jury. Then, in November, came the big news: The U.S. Attorney notified the Lawyers' Committee (https://www.ae911truth.org/images/PDFs/US-Attorney-Letter-110718.pdf) in writing that he would comply with the provisions of 18 U.S.C. § 3332 requiring him to relay their report to a special grand jury.

Now the Lawyers' Committee and AE911Truth are working to ensure a *thorough and successful* grand jury investigation.

**September 29, 2015**

**NYC Police Department
Attn. Commissioner William Bratton
1 Police Plaza
New York, N.Y. 10038**

**Mr. Commissioner:**

**As part of COINTELPRO, terrorists employed as policemen by your agency yesterday  broke down the door of my apartment and conducted a search.**

**Please, stop NYPD terrorism.**

*Wilfredo Torres*

**Wilfredo Torres
470 Second Avenue  Apt. 2-A
New York, N.Y. 10016
Telephone: 212-447-1737**

**Cc:**

**Barack Obama, President of the U.S.A.**

**John Kerry, Secretary of State**

**Loretta Lynch, Attorney General**





---

# United States Court of Appeals for the Second Circuit

---

In Re: Wilfredo Torres

Petitioner for a Writ of Mandamus

In Re: 19CV6332 (ER) (KP)
W. Torres vs City of New York, et al.

COURT OF APPEALS
SECOND CIRCUIT
A ... REPOSITORY
2021 JUN 28 PM 2:12
RECEIVED

---

# Petition for a Writ of Mandamus

---

Petitioner:

Wilfredo Torres
470 Second Avenue  Apt. 2A
New York, N.Y. 10016

Telephone: 212-447-1737

Dated: June 28, 2021

Respondents:

City of New York-Law Department
100 Church Street
New York, N.Y. 10007

Telephone: 212-356-1000

Honorable Judges:

I am the pro-se plaintiff of this case in the Southern District of New York federal Court against the domestic assassinations program of the Deep State-CIA-FBI-COINTELPRO.

---on 4-07-2020 defendant City of New York requested and the Court granted a 2 month extension to submit documents. Docket 17.

---on 6-08-2020 defendant City of New York requested and the Court granted a 2 month extension to submit documents. Docket 27.

---on 6-23-2020 defendant City of New York requested and the Court granted a 2 month extension to file documents. Docket 31.

---on 8-07-2020 defendant City of New York requested and the Court granted a 2 month extension to file documents.  Docket 61.

---on 11-17-2020 defendant City of New York requested and the Court granted a 2 month extension to file documents. Docket 103.

---on 3-16-2021 defendant City of New York requested **a fifteen (15) month stay**; although that application is pending it is having the same effect because all proceedings are paralyzed. Docket 128.

---on 4-27-2021 defendant City of New York requested again the fifteen (**15) month stay.** Docket 133.

On 5-19-2021 Judge Edgardo Ramos and Magistrate-Judge Katharine Parker lied to protect the defendants; up to this day continue to sit on the fifteen (15) month motion to stay; delay the case; and in the process deny me due process of law.

I hereby ask this Court to order the lower Court to decide the fifteen (15) month stay issue.

Wilfredo Torres
Wilfredo Torres

RIGHT DEPOSITORY
SECOND CIRCUIT
US COURT OF APPEALS

2021 JUN 28  PM 2:32

RECEIVED



S.D.N.Y. – N.Y.C.
19-cv-6332
Ramos, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of November, two thousand twenty-one.

Present:

Robert D. Sack,
Raymond J. Lohier, Jr.,
*Circuit Judges,*
John P. Cronan,
*District Judge.* \*

---

In Re: Wilfredo Torres,                                                21-1990

*Petitioner.*

---

Petitioner, pro se, has filed a petition for a writ of mandamus and moves to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion to proceed in forma pauperis is GRANTED for the purpose of filing the mandamus petition. It is further ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that he lacks an adequate, alternative means of obtaining relief, that his right to the writ is clear and indisputable, and that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.,* 542 U.S. 367, 380–81 (2004).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



---

\* Judge John P. Cronan, of the United States District Court for the Southern District of New York, sitting by designation.

ORIGINAL



Supreme Court, U.S.
FILED

DEC 1 1 2021

OFFICE OF THE CLERK

No. 21-6608

# Supreme Court of the United States

## Wilfredo Torres,

### Pro Se Petitioner

### -vs-

## City of New York, et al,

### Respondents

On Petition for a Writ of Certiorari to the United States
Court of Appeals for the Second Circuit

## Petition for a Writ of Certiorari

Pro Se Petitioner:

Wilfredo Torres
470 Second Avenue  Apt. 2A
New York, N.Y. 10016

Telephone: 212-447-1737

Dated: December 11, 2021

Respondents:

City of New York, et al,
Attn. Law Department
Georgia Pestana, Esq.
100 Church Street
New York, N.Y. 10007

Telephone: 356-1000

# -2-



**Question Presented:**

Whether U.S. Judge Edgardo Ramos and U.S. Magistrate-Judge Katharine Parker violated

rules of ethics and my right to due process of law when they lied (case 19CV6332-docket 138)

to grant a fifteen (15) months stay to defendants of the Deep State-CIA-FBI COINTELPRO

domestic assassinations program who routinely carry-out warrantless raids of my apartment to

kill me. Exhibit 1.